# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE CLYDE WEST, | No. 2:17-CV-2076-KJM-DMC-P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| SPEARMAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 17) to file a traverse. Good cause appearing therefor, the request is granted. Petitioner may file a traverse within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: October 11, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE